# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ronald Erpelding, et al.

V.

Dave Taddeo, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   03-CV-204 W (NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

On April 4, 2007, the court granted Delaware Charter Guarantee & Trust Co.'s unopposed motion seeking a determination that its settlement with Plaintiffs was in good faith. The motion also requested that Defendant be dismissed with prejudice. The court hereby grants that aspect of the motion. No defendants remain. Therefore, the Clerk shall close the case file.

| April 16, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ A. Everill |
|  | (By) Deputy Clerk |
|  | ENTERED ON April 16, 2007 |

03-Cv-204 W (NLS)